Argued and submitted October 31, conviction affirmed; remanded with
instructions November 27, 1996

STATE OF OREGON,
*Respondent,*

*v.*

CONNIE HAROLD MARET, JR.,
*Appellant.*

(CF95-0033; CA A90085)

928 P2d 355

Dan Maloney, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM